UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES SMITH,

    Plaintiff,

v.                                  CASE NO: 8:08-cv-2507-T-26TGW

BLUE SEPTIC TANK SERVICES, INC.
and JACK A. MYERS,

    Defendants.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that the Joint Motion to Temporarily Stay Mediation and Extend Deadlines (Dkt. 25) is granted in part and denied in part. The mediation conference scheduled for November 12, 2009, is cancelled. The deadlines provided for in the Court's Case Management and Scheduling Order (the CMSO) entered April 13, 2009, at docket 17, shall remain the same. Plaintiff's counsel is directed to advise Plaintiff that in the event Morgan & Morgan is allowed to withdraw from representation of him in this case, that he will be proceeding *pro se* in this case, and that even if he retains other counsel, that will not be cause for extending the deadlines of the CMSO.

**DONE AND ORDERED** at Tampa, Florida, on November 6, 2009.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record